**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE QUEZADA, individually and on behalf of all
others similarly situated,

                                  Plaintiff,

                  -against-

SUGARLANDS DISTILLING COMPANY, LLC,

                              Defendant.
-----------------------------------------------------------------X

                         **ORDER**

                         **22-CV-4520 (JPO) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on August 17, 2022 for settlement.  Dkt.

No. 12.   The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at

WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a

settlement conference by **August 24, 2022**.  Proposed dates should be in the first two weeks of

October.

       SO ORDERED.

DATED:     New York, New York
             August 17, 2022

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge