UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE QUEZADA, individually and on behalf of all others similarly situated,

                        Plaintiff,

        -against-

SUGARLANDS DISTILLING COMPANY, LLC,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-4520 (JPO) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **October 6, 2022 at 2:00 p.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly.  Pre-conference submissions must be received by the Court no later than **September 29, 2022**.

       SO ORDERED.

DATED:    New York, New York
              August 25, 2022

                                                      _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge